**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HORIZON COMMUNICATIONS TECHNOLOGIES, INC., a California corporation; HORIZON TELECOMMUNICATIONS CORP., a California corporation; SOLIS CAPITAL PARTNERS, LLC, a Delaware limited liability company; MICHAEL E. DEGRAW, an individual; NICOLLE S. DEGRAW, an individual; and DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | CASE NO. 8:19-cv-01213-ODW (AGRx)<br><br>**CONSENT JUDGMENT** |

1

Pursuant to the Stipulation for Entry of Judgment herein, IT IS ORDERED AND ADJUDGED that pursuant to Plaintiff's claims for breach of contract, the Court enters judgment in favor of Plaintiff WESTFIELD INSURANCE COMPANY and against Defendants HORIZON COMMUNICATIONS TECHNOLOGIES, INC., HORIZON TELECOMMUNICATIONS CORP., SOLIS CAPITAL PARTNERS, LLC, MICHAEL E. DEGRAW, and NICOLLE S. DEGRAW, jointly and severally, in the principal amount of $270,839.60 plus post-judgment interest in the amount of $31,003.60, for a total of $301,843.20.  Plaintiff shall be entitled to recover costs of court according to law and such attorney fees as may be awarded on post-judgment motion for attorney fees.

**IT IS SO ORDERED**.

August 24, 2020

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**