# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HORIZON COMMUNICATIONS TECHNOLOGIES, INC., a California corporation; HORIZON TELECOMMUNICATIONS CORP., a California corporation; SOLIS CAPITAL PARTNERS, LLC, a Delaware limited liability company; MICHAEL E. DEGRAW, an individual; NICOLLE S. DEGRAW, an individual; and DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | **CASE NO. 8:19-cv-01213-ODW (AGRx)**<br><br>**AMENDED CONSENT JUDGMENT**<br><br>**Hon. Otis D. Wright, II** |

1  Pursuant to the Stipulation for Entry of Judgment herein (ECF 39), the
2  Application to the Clerk to Tax Costs filed September 8, 2020 (ECF 45), the Joint
3  Motion for Award of Attorney Fees in Stipulated Amount against All Judgment
4  Debtors (ECF 46), and the parties' Stipulation for Attorneys' Fees (ECF No. 47),
5  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to Plaintiff's
6  claims for breach of contract, the Court enters judgment in favor of
7  Plaintiff WESTFIELD INSURANCE COMPANY and against Defendants
8  HORIZON COMMUNICATIONS TECHNOLOGIES, INC., HORIZON
9  TELECOMMUNICATIONS CORP., SOLIS CAPITAL PARTNERS, LLC,
10 MICHAEL E. DEGRAW, and NICOLLE S. DEGRAW, jointly and severally, in the
11 principal amount of $270,839.60 plus post-judgment interest in the amount of
12 $31,003.60, costs of court in the amount of $898.18 and attorney fees in the amount
13 of $33,374.82, for a total of $336,116.20.

**IT IS SO ORDERED.**

Dated: _October 27, 2020_  _____
Otis D. Wright, II
United States District Judge